[(*Supreme Court of Illinois.*)

## E. E. Clark

### vs.

## William E. Robinson.

(January Term, 1878.)

BRIEFS. Extension of time to file.

*O. B. Ficklin, A. J. Fryer,* and *H. S. Clark,* for appellant.
*Charles Bennett,* for appellee.

SCOTT, J.:—

An application for an extension of time on the part of the appellee to file his brief. Time will be extended six days, in addition to that allowed by rule. The cause, however, will be taken as though the time had not been extended.

See also 88 Ill. 498.—Ed.

---

[(*Supreme Court of Illinois.*);

## Harrison Moss

### vs.

## The Village of Oakland.

(January Term, 1878.)

APPEAL. Motion to dismiss for want of a sufficient bond. Leave to amend allowed.

WALKER, J.:—

There is a motion entered to dismiss the appeal for want of a sufficient bond, and there is a cross motion for leave to amend and file a sufficient bond. Leave will be given to file a sufficient bond within five days.